### PROVIDENT SAVINGS BANK & TRUST CO v WESTERN & SOUTHERN LIFE INSURANCE CO

Ohio Appeals, 1st Dist, Hamilton Co
Decided June 6, 1931

Clark & Robinson, Cincinnati, for Bank.
Clyde P. Johnson and Joseph O'Meara, both of Cincinnati, for Insurance Co.

**ROSS, PJ.**

Immediately after the reading of the stipulation into the record, the plaintiff Insurance Company rested. Upon which the bank sought to introduce evidence of the negligence of the Insurance Company. The court refused to permit it so to do and instructed a verdict for the Insurance Company. In so doing the court committed no error prejudicial to plaintiff in error. The stipulation recites that the bank relied entirely upon the guaranty of the First National Bank of Cincinnati, from which it received the checks having endorsed the same.

The bank having stipulated this to be a fact could not introduce evidence that it had relied on anything else.

Negligence alone on the part of the depositor is not enough. It must be such negligence as is the proximate cause of the bank's action in paying the check, acts constituting negligence upon which it relied to its damage.

The law in support of this rule is fully set out in a decision by this court in the case of **Fourth & Central Trust Company v Johnson, etc., 24 Oh Ap, 129.** The finding of this court was not disturbed by the Su-

preme Court.

The judgment of the Court of Common Pleas of Hamilton county is affirmed.

HAMILTON and CUSHING, JJ, concur.